UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                           Bankr. Case No. 22-22257-GLT

Sandra Lee Plovic                                        Chapter 13

         Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

Americredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX  76096

By   /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                  Bankr. Case No. 22-22257-GLT

Sandra Lee Plovic                                                                                                Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on November 28, 2022 :

| | |
|---|---|
| Scott R. Lowden | Ronda Winnecour |
| Nicotero & Lowden PC | 600 Grant Street |
| 3948 Monroeville Blvd., Suite 2 | Suite 3250 USX Tower |
| Monroeville, PA 15146 | Pittsburgh, PA 15219 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx39788 / 1064712