IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>SANDRA LEE PLOVIC,<br>　　**Debtor(s)**<br><br>AMERICREDIT FINANCIAL SERVICES, INC.<br>dba GM FINANCIAL,<br>　　**Movant**<br><br>　　v.<br><br>SANDRA LEE PLOVIC<br>　ROBERT T. WILLIAMS, JR.,<br>　　**Respondent(s)**<br><br>RONDA J. WINNECOUR,<br>　　**Trustee** | Bankruptcy No. 22-22257-GLT<br><br>Chapter 13<br><br>Related To Document No. 27 and 28<br><br>**Response Deadline:  7/5/23**<br><br>**Hearing Date:  7/12/23 at 10:30 AM** |

**CERTIFICATE OF SERVICE**

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on June 14, 2023 I served by United States mail, first class, postage prepaid, the Notice Of Motion With Response Deadline and Hearing Date and a copy of the Motion For Relief From Stay And Co-Debtor Stay filed in this proceeding on:

| | | |
|---|---|---|
| Sandra Lee Plovic<br>1494 Route 136<br>Washington, PA 15301<br>(Debtor) | Robert T. Williams, Jr.<br>82 Butter St.<br>Guilford, ME 04443<br>(Co-Debtor) | Scott R. Lowden, Esq.<br>Nicotero & Lowden PC<br>3948 Monroeville Blvd.<br>Suite 2<br>Monroeville, PA 15146<br>(Debtor's Attorney) |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(Trustee) | | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>(U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　　/s/ William E. Craig
　　　　　　　　　　　　　　　　　　　　　　William E. Craig, Esquire
　　　　　　　　　　　　　　　　　　　　　　PA ID # 92329
　　　　　　　　　　　　　　　　　　　　　　Morton & Craig LLC
　　　　　　　　　　　　　　　　　　　　　　110 Marter Avenue, Suite 301
　　　　　　　　　　　　　　　　　　　　　　Moorestown, NJ 08057
　　　　　　　　　　　　　　　　　　　　　　bcraig@mortoncraig.com
　　　　　　　　　　　　　　　　　　　　　　(856) 866-0100