IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>SANDRA LEE PLOVIC,<br>**Debtor(s)** | Bankruptcy No. 22-22257-GLT<br><br>Chapter 13 |
| AMERICREDIT FINANCIAL SERVICES, INC.<br>dba GM FINANCIAL,<br>**Movant**<br><br>v.<br><br>SANDRA LEE PLOVIC<br>  ROBERT T. WILLIAMS, JR.,<br>**Respondent(s)**<br><br>RONDA J. WINNECOUR,<br>**Trustee** | Related To Document No. 32<br><br><br>**Response Deadline: 7/5/23**<br><br>**Hearing Date: 7/12/23 at 10:30 AM** |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on July 17, 2023 I served by United States mail, first class, postage prepaid, the Default Order on Motion For Relief From Stay And Co-Debtor Stay filed in this proceeding on:

Sandra Lee Plovic
1494 Route 136
Washington, PA 15301
(Debtor)

Robert T. Williams, Jr.
82 Butter St.
Guilford, ME 04443
(Co-Debtor)

Scott R. Lowden, Esq.
Nicotero & Lowden PC
3948 Monroeville Blvd.
Suite 2
Monroeville, PA 15146
(Debtor's Attorney)

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(Trustee)

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(U.S. Trustee)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
PA ID # 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
bcraig@mortoncraig.com
(856) 866-0100