IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/14/24 2:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 22-22257 GLT |
| | ) | |
| Sandra Lee Plovic | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| | ) | |
| Sandra Lee Plovic | ) | |
| Movant(s), | ) | Related to Doc. No. 3(7 |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | Hearing: |
| Respondent(s) | ) | |

**CONSENT ORDER**

It is hereby agreed, by and among the Debtor, Sandra Lee Plovic, Scott R. Lowden, Esquire, counsel for the Debtor(s), and Ronda Winnecour, Chapter 13 Trustee as follows:

1.  The Debtor filed an amended Schedule "B" that added a "lump sum received from National Guard pension fund" to the assets of the Debtor in the amount of $30,048.00 at DN 36 filed on July 11, 2024.

2.  Additionally, at DN 36, the Debtor provided for an exemption of the property under Me. Rev. Stat. Ann. title 14 Section 4422(15) in the amount of $500.00 along with an exemption under Me. Rev. Ann title 14 Section 4422(13)(E) in the amount of $29,548.00. The Trustee has questioned whether full amount of distribution would be exempt under applicable law.

3.  To avoid the costs and expenses of litigating an objection to the claimed exemption, the parties (consisting of the Debtor and Trustee, have agreed to resolve, in

1

accordance with this Order, any and all issues regarding the extent of the exemptions available related to the "lump sum received from National Guard pension fund".

4. The parties agree that the Debtor shall forward to the Trustee a lump sum amount of $15,024.00 in resolution of this matter.

5. The $15,024.00 to be paid to the Trustee shall be treated as additional plan funding and shall be earmarked, after deduction for the Trustee fees on that sum, for distribution to unsecured creditors. The parties agree that pursuant to 11 U.S.C. §349(b), notwithstanding a subsequent dismissal of this Chapter 13 case, title to the $15,024.00 proceeds, to the extent not previously distributed, shall remain in the Bankruptcy Estate, and jurisdiction over those proceeds shall remain in the Bankruptcy Court. The Trustee shall be authorized, as soon as practical after the entry of a dismissal Order, to distribute the proceeds in accordance with the terms of this Agreement to unsecured creditors.

6. This Agreement shall be incorporated into, and become part of, the Debtor's Chapter 13 Plan dated November 15, 2022 at DN 6, and confirmed on December 13, 2022 by Order at DN 22.

Prepared by: Scott R. Lowden and Owen W. Katz

So ORDERED, this ___14TH___, day of _____August_____, 20_24_.

_____
U.S. Bankruptcy Judge    hct

2

Consented to:

/s/ Scott R. Lowden
Scott R. Lowden, Esquire
PA ID 72116
100 Heathmore Ave.
Pittsburgh, PA 15227
lowdenscott@gmail.com
(412) 292-4254
Attorney for Debtor


/s/ Owen W. Katz
Owen W. Katz, PA I.D. 36473
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com
Attorney for Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 22-22257-GLT
Sandra Lee Plovic    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2
Date Rcvd: Aug 14, 2024    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sandra Lee Plovic, 1494 Route 136, Washington, PA 15301-3191 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor Sandra Lee Plovic ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Sandra Lee Plovic lowdenscott@gmail.com |
| Stephen Russell Franks | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 14, 2024 | Form ID: pdf900 | Total Noticed: 1 |

William E. Craig
                            on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7