# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Sandra Lee Plovic fka Sandra Lee Williams** <br> Debtor(s) <br><br> **PENNYMAC LOAN SERVICES, LLC** <br> Movant <br> **vs.** <br><br> **Sandra Lee Plovic fka Sandra Lee Williams** <br> Debtor(s) <br><br> **Ronda J. Winnecour**, <br> Trustee | **BK NO. 22-22257 GLT** <br><br> **Chapter 13** |

## CERTIFICATE OF SERVICE OF
## Default Order

I, Denise Carlon, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 7, 2025, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Sandra Lee Plovic fka Sandra Lee Williams
1494 Route 136
Washington, PA 15301

Attorney for Debtor(s)
Scott R. Lowden, Esq.
Scott R. Lowden, Esq

100 Heathmore Avenue
Pittsburgh, PA 15227

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: May 7, 2025

/s/ **Denise Carlon Esquire**
Denise Carlon Esquire
Attorney I.D. No. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
dcarlon@kmllawgroup.com