FILED
5/6/25 2:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sandra Lee Plovic f/k/a Sandra Lee Williams<br>　　　　　　　　　　　Debtor(s) | BK. NO. 22-22257 GLT |
| PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns<br>　　　　　　　　　　　Movant<br>　　　　v.<br>Sandra Lee Plovic f/k/a Sandra Lee Williams<br>　　　　　　　　　　　Respondent<br>Robert T. Williams Jr.<br>　　　　　　　　　　　Co-Respondent<br>　　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　　　　　　　Additional Respondent | CHAPTER 13<br><br><br>Related to Docket No. 44 |

### DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

　　　　This  6th Day of May  , 2025, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

　　　　**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362 and 1301, with respect to premises, 82 Butter Street, Guilford, ME 04443.

　　　　Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest and file a certificate of Service.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Gregory L. Taddonio, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

cc:　　Danielle M. DiLeva, Esquire
　　　　bkgroup@kmllawgroup.com
　　　　KML Law Group, P.C.
　　　　701 Market Street, Suite 5000
　　　　Philadelphia, PA 19106
　　　　Attorney for Movant/Applicant

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22257-GLT |
| Sandra Lee Plovic | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: May 06, 2025     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sandra Lee Plovic, 1494 Route 136, Washington, PA 15301-3191 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Danielle M DiLeva | on behalf of Creditor PENNYMAC LOAN SERVICES LLC ddileva@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Sandra Lee Plovic ricelaw1@verizon.net lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Sandra Lee Plovic lowdenscott@gmail.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: May 06, 2025 | Form ID: pdf900 | Total Noticed: 1

Stephen Russell Franks
    on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com

William E. Craig
    on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 8