FILED
9/2/25 10:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Sandra Lee Plovic | ) | Bankruptcy No. 22-22257 GLT |
| | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Scott R. Lowden, Esquire | ) | |
| Applicant(s) | ) | |
| v. | ) | Related to Docket No. 55 |
| No Respondent | ) | |
| Respondent(s) | ) ) | |

### ORDER OF COURT

AND NOW, this __2nd Day of September_____, 2025, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $6,727.64, of which $6,677.50 are attorney fees and $50.14 are costs, and that the total previously allowed Attorney's Fees and Costs were $5,000.00. This award covers the period from 11/7/2022 to 8/12/2025.

Therefore, the Application in its face amount of $1,727.64 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $1,727.64 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Rice & Associates Law Firm, pursuant to prior confirmed Plan(s) at $190.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between November 7, 2022 and August 12, 2025 in the amount of **$1,677.50** and expenses in the amount of **$50.14** for a total of **$1,727.64**. The total award of compensation for services to date is **$6,677.50** and expenses in the amount of **$50.14** for a grand total in the amount of **$6,727.64.**

Prepared by: Scott R. Lowden

BY THE COURT

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

# ENTERED BY DEFAULT

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 22-22257-GLT

Sandra Lee Plovic                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                              Page 1 of 2
Date Rcvd: Sep 02, 2025                 Form ID: pdf900                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2025:**

| Recip ID | | Recipient Name and Address |
|----------|---|----------------------------|
| db | + | Sandra Lee Plovic, 1494 Route 136, Washington, PA 15301-3191 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2025                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Adam Bradley Hall | |
| | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |
| Danielle M DiLeva | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC ddileva@kmllawgroup.com |
| David A. Rice | |
| | on behalf of Debtor Sandra Lee Plovic ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: Sep 02, 2025                       Form ID: pdf900                         Total Noticed: 1

Scott R. Lowden
                        on behalf of Debtor Sandra Lee Plovic lowdenscott@gmail.com

William E. Craig
                        on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com,
                        mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 8