**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sandra Lee Plovic | Social Security number or ITIN   xxx–xx–0738 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   22–22257–GLT

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sandra Lee Plovic
fka Sandra Lee Williams

3/16/26

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W   **Chapter 13 Discharge**   page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                Case No. 22-22257-GLT

Sandra Lee Plovic                                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                         Page 1 of 3

Date Rcvd: Mar 16, 2026                     Form ID: 3180W                              Total Noticed: 21

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra Lee Plovic, 1494 Route 136, Washington, PA 15301-3191 |
| 15546217 | + | Robert T Williams, 82 Butter Street, Guilford, ME 04443-6039 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 17 2026 05:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 17 2026 05:29:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 17 2026 02:03:00 | CARRINGTON MORTGAGE SERVICES, LLC, 500 N. State College Blvd., Suite 1030, 1300 and 1400, 500 N. State College Blvd., Orange, CA 92868-1673 |
| cr | + | EDI: PRA.COM | Mar 17 2026 05:29:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15551311 | | EDI: PHINAMERI.COM | Mar 17 2026 05:29:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15550193 | + | EDI: PHINAMERI.COM | Mar 17 2026 05:29:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 15546212 | + | EDI: PHINAMERI.COM | Mar 17 2026 05:29:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 16630351 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 17 2026 02:03:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd.,, Ste 1030,1300,1400, Orange, CA 92868-1604 |
| 15546213 | + | EDI: JPMORGANCHASE | Mar 17 2026 05:29:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 15546214 | + | EDI: CITICORP | Mar 17 2026 05:29:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15555318 | | EDI: JPMORGANCHASE | Mar 17 2026 05:29:00 | JPMorgan Chase Bank, N.A., JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 15546215 | + | EDI: CAPITALONE.COM | Mar 17 2026 05:29:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15557631 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2026 02:07:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Mar 16, 2026 | Form ID: 3180W | Total Noticed: 21

| 15546216 | + Email/PDF: ebnotices@pnmac.com | Mar 17 2026 02:07:50 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15561988 | + Email/PDF: ebnotices@pnmac.com | Mar 17 2026 02:07:37 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15546665 | + EDI: PRA.COM | Mar 17 2026 05:29:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15546218 | + EDI: SYNC | Mar 17 2026 05:29:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15546219 | + Email/Text: bkelectronicnotices@usaa.com | Mar 17 2026 02:03:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |
| 15551197 | + Email/Text: RASEBN@raslg.com | Mar 17 2026 02:03:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |
| Danielle M DiLeva | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC ddileva@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Sandra Lee Plovic ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |

District/off: 0315-2                          User: auto                                    Page 3 of 3
Date Rcvd: Mar 16, 2026                       Form ID: 3180W                                Total Noticed: 21

Office of the United States Trustee
                          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com

Scott R. Lowden
                          on behalf of Debtor Sandra Lee Plovic lowdenscott@gmail.com

William E. Craig
                          on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com,
                          mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 8