**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/16/26 12:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

SANDRA LEE PLOVIC

Debtor(s)

Ronda J. Winnecour
   Movant
    vs.
No Repondents.

Case No.:22-22257

Chapter 13

Related to Docket No. 64

### ORDER OF COURT

AND NOW, this ____ 16th Day of March, 2026 ____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

# ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 22-22257-GLT

Sandra Lee Plovic                                                                    Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                     User: auto                                          Page 1 of 3

Date Rcvd: Mar 16, 2026                          Form ID: pdf900                               Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra Lee Plovic, 1494 Route 136, Washington, PA 15301-3191 |
| 15546217 | + | Robert T Williams, 82 Butter Street, Guilford, ME 04443-6039 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 17 2026 02:03:00 | CARRINGTON MORTGAGE SERVICES, LLC, 500 N. State College Blvd., Suite 1030, 1300 and 1400, 500 N. State College Blvd., Orange, CA 92868-1673 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2026 02:07:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15551311 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 17 2026 02:04:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15550193 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 17 2026 02:04:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 15546212 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 17 2026 02:04:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 16630351 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 17 2026 02:03:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd.,, Ste 1030,1300,1400, Orange, CA 92868-1604 |
| 15546213 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 17 2026 02:07:33 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 15546214 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2026 02:07:37 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15555318 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 17 2026 02:07:46 | JPMorgan Chase Bank, N.A., JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 15546215 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2026 02:07:33 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15557631 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2026 02:07:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15546216 | + | Email/PDF: ebnotices@pnmac.com | Mar 17 2026 02:07:50 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15561988 | + | Email/PDF: ebnotices@pnmac.com | Mar 17 2026 02:07:37 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15546665 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2026 02:07:35 | Synchrony Bank, c/o of PRA Receivables |

District/off: 0315-2                          User: auto                                      Page 2 of 3
Date Rcvd: Mar 16, 2026                        Form ID: pdf900                            Total Noticed: 19

| | | | | |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15546218 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Mar 17 2026 02:07:45 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15546219 | + Email/Text: bkelectronicnotices@usaa.com | | Mar 17 2026 02:03:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |
| 15551197 | + Email/Text: RASEBN@raslg.com | | Mar 17 2026 02:03:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |
| Danielle M DiLeva | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC ddileva@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Sandra Lee Plovic ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Sandra Lee Plovic lowdenscott@gmail.com |
| William E. Craig | |

District/off: 0315-2                          User: auto                                  Page 3 of 3
Date Rcvd: Mar 16, 2026                       Form ID: pdf900                     Total Noticed: 19

on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com,
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 8